AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | Case No. **1:26-MJ-152 (DJS)** |
| | ) | |
| | ) | |
| **AARON COREY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On

or about the dates of May 2026 through present in the county of Rensselaer in the Northern District of New

York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 1512(c)(2)** | **Attempted Obstruction of an Official Proceeding** |
| **18 U.S.C. § 373** | **Solicitation to commit a crime of violence** |
| **18 U.S.C. § 1958** | **Use of interstate commerce facilities in the commission of murder-for-hire** |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒     Continued on the attached sheet.

_____
*Complainant's signature*

**Brian Jacob, Special Agent, FBI**
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  June 29, 2026
_____
*Judge's signature*

City and State:  **Albany, New York**      **Hon. Daniel J. Stewart, U.S. Magistrate Judge**
_____
*Printed name and title*

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Brian Jacob, being duly sworn, depose and say as follows:

**<u>INTRODUCTION</u>**

1.      I am an FBI Special Agent and have been since February 2003. In 2005, I was assigned to the Safe Streets Task Force (SSTF) in Washington, DC where I primarily worked violent gangs and narcotics violations. In 2011, I was transferred to the FBI's Albany Field Office and assigned to the white-collar crime squad. In that capacity, I conducted numerous investigations involving public corruption, financial crimes, and civil rights violations. In June 2020, I became a supervisor of the white-collar crime squad in Albany where I led a team of investigators, analysts, and professional support staff. In November 2024, I voluntarily stepped down as an FBI Supervisor and was assigned to the SSTF in Albany. I have been tasked to investigate organized crime, drugs, and violent crimes in the greater Albany area. I have training and experience investigating federal white-collar, violent crime, and narcotics matters to include conducting searches and arrests. Since 2024, I have conducted two murder-for-hire investigations which have included undercover operations.

2.      The information set forth in this affidavit is based on my personal knowledge, experience, and training; my observations during the course of this investigation; information conveyed to me by other law enforcement officers; and my examination and review of evidence during the investigation.

3.      The information outlined below is provided for the limited purpose of securing an arrest warrant and establishing probable cause that Aaron COREY violated 18 U.S.C. § 1958(a); 18 U.S.C. § 373; and 18 U.S.C. § 1512(c)(2) (collectively, the "Subject Offenses"). This Affidavit does not contain all details or facts known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that COREY

1

committed the Subject Offenses in that he:

a. used and caused another to use the mail and a facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of the State of New York as consideration for a promise for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, in violation of 18 U.S.C. § 1958(a);

b. with intent that another person engage in conduct constitute a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicited, commanded, induced, and otherwise endeavored to persuade such other person to engage in such conduct, in violation of 18 U.S.C. § 373; and

c. attempted to obstruct, influence, and impede an official proceeding, in violation of 18 U.S.C. § 1512(c)(2).

## **PROBABLE CAUSE**

4.       COREY was arrested following a New York State Police search warrant for Criminal Possession of a Controlled Substance on December 19, 2025. The search of COREY's electronic devices identified child pornography, and COREY was arrested on February 2, 2026, and charged via federal criminal complaint in the Northern District of New York with violating 18 U.S.C. § 2252(a)(2)(A), Receipt of Child Pornography. COREY was ordered detained pending trial. The federal case against COREY is being investigated by two FBI Special Agents (hereinafter, "FBI Special Agents 1 & 2").

5.       On June 8, 2026, I and other members of law enforcement met with an incarcerated individual (hereinafter, the "CW").[1] The CW provided information that COREY, who is an inmate at a county jail in the Northern District of New York (hereinafter, the "Jail"), was attempting to identify someone who would murder the prosecutor and FBI agents investigating his (COREY's) case.

---

[1] During the course of this investigation, the CW has been in pretrial detention pending trial on federal criminal charges. I am not aware of any history of information sharing from the CW to law enforcement prior to the events described in this affidavit.

6.      According to the CW, beginning in approximately mid-May 2026, the CW received a series of undated, handwritten letters from COREY. In total, the CW received three letters from COREY, all of which he mailed to his attorney. The CW's attorney provided the letters to the FBI. The first letter explained COREY's affiliation with the group "764" and that he has created two additional spin-off groups: Bloodbath and Plasmabath. COREY also states in the letter:

> As you know, I go by "Baggeth" and I'm a known associate of 764. I understand . . . [you] might not be familiar with 764 or different online collectives of the sort. It's essentially a community of individuals online that reject authority, law enforcement, morals, ethics, and/or the government in general.[2]

7.      In this letter, COREY then asks if the CW knows someone outside the prison who would be able to get COREY's electronic devices back from the FBI. The FBI seized three cell phones and two computers during a December 19, 2025 search warrant at COREY's residence in Albany, New York. COREY also wrote in the letter:

> If you know a person that could do this, I need them to go in and bag my items up, then put someone else's shit in my box, then bring my devices back to their possession and hold onto them until my case is over with. I'd need a picture as proof sent to [Individual 1's] number – [XXX-XX-]9978. I'm offering $200 to do the job then $500 once I want them in my possession.[3]

8.      I understand that in this letter COREY is requesting to hire someone to go into the FBI office and take COREY's electronic devices (swapping them out for other electronic devices) and then hold on to COREY's devices until COREY is released from custody.

9.      In the same letter, COREY wrote the following:

> I need 3 people killed. Below are the names of said people. Once I'm out on my detention hearing, I can have photos of each person

---

[2] In this affidavit, I use brackets and ellipses to remove and/or anonymize identifying and/or irrelevant information from quoted material. Upon request, I can provide to this Court unredacted copies of communications cited in this affidavit.

[3] In the letter, COREY included the first name of the person I refer to in this letter as Individual 1.

3

*printed out for whoever you can get to do this.*

*1. [Special Agent 1] (FBI S.A.) . . .*

*2. [Special Agent 2] (FBI S.A.) . . .*

*3. [AUSA 1] (Federal Prosecutor) . . .*

*I'd like for whoever you can find to do this to kidnap each person, inject them with lethal doses of fentanyl or any tranquilizer, then record a video of each person, with audio, of them being thrown into a woodchipper. I'm offering $500 up front, then $20,000 once everything is over with. I need to see the videos in person to confirm.*

10. COREY completed the letter by asking the CW to discard the letter by throwing it in a toilet. FBI Special Agents 1 & 2 are assigned to investigate COREY's receipt of child pornography case, and AUSA 1 was the Assistant United States Attorney originally assigned to prosecute the matter at the United States Attorney's Office for the Northern District of New York.

11. The CW subsequently received another letter from COREY, which the CW dated May 21, 2026. In the second letter, COREY complained about the lawyer that represented him before he received a new attorney and explained that he has another detention hearing scheduled for June 11, 2026. COREY then wrote in the letter:

*Obviously, the hope is that I get released, however if shit doesn't go as planned I was wondering if your connect would be able to help me out while I'm still in jail? There's a method where you can tell your attorney to add a number as his emergency contact number or a backup number, which makes it so the calls are not only free, but not recorded. That way I'd be able to easily talk with him without worrying about the calls being listened to. I'm still banking on getting released on an ankle monitor on June 11th, but if it comes down to it, I might just need to communicate with the person from in here. If they aren't comfortable with that, LMK asap, I have other people I can ask who may know people.*

12. I understand from this letter that COREY was concerned that he may continue to be detained pending trial. I understand COREY's reference in the letter to "your connect" to be the individual COREY wants to hire to steal his electronic devices from the FBI and to kill FBI Special Agents 1 & 2 and Victim 1. The letter continued:

4

*P.S. My prosecutor, [AUSA 1], resigned and went into his own private practice last week. So I'll be getting the name of the new prosecutor when I speak to my lawyer on Friday this week. I saw the guy when I had my attorney appointment hearing and he looks like a pipsqueak douche. LOL! Anyways, thanks K, Let me know. I will give you his name when I find it out!*

13.    I understand that AUSA 1 resigned from the U.S. Attorney's Office for unrelated reasons in early May 2026 and that COREY's case was transferred to AUSA 2, who appeared on behalf of the Government during COREY's change of attorney hearing before this Court.

14.    The CW subsequently received a third letter from COREY, which the CW dated June 4, 2026. In the letter, COREY wrote, among other things:

*Speaking of lawyers, I found out the name of the new prosecutor that took over my case! His name is [AUSA 2] (United States Attorney). So instead of [AUSA 1's] name being on the 3 person list I have you, it's gonna be [AUSA 2]. The other 2 people, [FBI Special Agent 1] (FBI S.A.) and [FBI Special Agent 2] (FBI S.A.) remain the same. I'll create an updated list for ease of access on the back of this page. Thanks [CW], hope you know someone who can help me out!*

15.    I understand from this letter that that COREY continued to desire to hire a hit man to kill FBI Special Agents 1 & 2 and AUSA 2. On June 11, 2026, the FBI initiated an undercover investigation to gather further evidence of COREY's plans and intentions to hire a hit man. In order to introduce an undercover law enforcement officer (UC) to COREY, Agents provided the CW (through his attorney) a telephone number for the UC that the CW could pass along to COREY as the purported "connect" who could help facilitate the retrieval of COREY's electronic devices and the three murders-for-hire.

16.    On June 11, 2026, at approximately 5:25 pm, COREY called the UC's phone number from a recorded telephone line at the Jail.[4] COREY identified himself as "Baggeth" and advised the UC that he is hoping to get out of jail soon but that if he does not get out they would

---

[4] All recorded jail calls made by COREY that are referenced in this affidavit were made using the unique pin assigned to him by the Jail.

need a way to communicate.  COREY offered to write the UC a letter to explain what he (COREY) wants done. The UC told COREY to mail the letter to "JP" at a specific address in Massachusetts. The conversation continued:

> *UC: Do you got anybody on the outside that, that you trust that I can meet later once I get the letter, or no?*
>
> *COREY: Umm, probably not.*
>
> *UC: Ok*
>
> *COREY: I mean I only have like one… yeah probably not.*
>
> *UC: Ok, that's fine.*
>
> *COREY: In terms of coordinating, um, I'm gonna be as descriptive as humanly possible in the letter that I send you so I mean…*
>
> *UC: Ok, very good.*
>
> *COREY: I'm good at writing so it shouldn't be an issue.*

17.    I understand from this recorded conversation that COREY promised to send the UC a letter explaining COREY's request(s). The UC and COREY agreed to speak the following week after the UC received COREY's letter.

18.    On June 12, 2026, at approximately 4:17 pm, COREY called the UC again from the Jail. The conversation included the following statements:

> *COREY: I just wanted to let you know I dropped the letter, um, they, I dropped it last night and they sent it back to me saying I had to put a full name, cause I just put JP on the letter so I put um, I got it back and I put in parenthesis John Paul, I'm not even sure if that's the correct uh…*
>
> *UC: No it's not but I like how you think bro. You can just call me the apostle from now on how's that?*
>
> *COREY: That works, got you man.*

19.    COREY and the UC agreed to another phone call on Wednesday, June 17, 2026, around 4:30 pm to discuss the contents of the letter. COREY called the UC on June 17, 2026, from a recorded jail line, and the UC advised COREY that the letter had not arrived.  Another call was

6

scheduled for June 18, 2026.

20.    The FBI has coordinated with the Jail to obtain recorded calls, messages, and mail logs. A message sent from COREY's account on a Jail tablet on June 14, 2026 at 11:19 am to another person ("Individual 1") stated as follows:

> *Read the letter I sent you again. Its all going to be okay. You should be getting a text message from someone sometime this week. On your 518 number.*

21.    Based on messages between them, I understand Individual 1, who lives abroad, to be the fiancée[5] of COREY. I believe that in this message COREY is telling Individual 1 that she will be receiving a text message from the UC and that COREY was planning to provide her phone number beginning with 518 to the UC.

22.    On June 18, 2026, I learned that the Jail had in its possession a stamped letter in a sealed envelope listing Aaron COREY as the sender and addressed to "J.P. (John Paul)" at the Massachusetts address the UC provided to COREY. On June 18, 2026, I seized the letter pursuant to a federal search warrant, and I provided a scanned copy of the letter to the UC in order to facilitate additional conversation related to the murder for hire. The letter began with, "*Hey this is Baggeth*" and provided instructions to "J.P." on what COREY wanted done. COREY identified "Job #1" under the caption of "*Obtaining my devices that were seized as FBI evidence.*" COREY then wrote that there were five electronic devices under his name located at the FBI Albany Field Office, which COREY wanted replaced with five similar looking devices. COREY then asked that they be secured until they could be mailed to a specified overseas address for Individual 1 (whom COREY identified by her first name and the first initial of her last name). I understand the address COREY provided to be associated to Individual 1. In the letter, COREY then offers to pay the UC

---

[5] COREY and Individual 1 often refer to each other as fiancé/fiancée, but whether they are formally engaged is unclear.

7

via PayPal $200 and another payment of $500 "*for the next job.*"

23.     In the same letter, COREY then writes about "Job #2" (which he had referred to as "*the next job*"), which COREY labeled in the letter as "*3 Person Killing.*"  COREY explains in the letter that three people need to be killed so that he can win his criminal case and have it dismissed: "*These 3 people are legit making my life a living fucking hell, and in order to beat my case and get my shit dismissed, they need to be dealt with.*"

24.     In the letter, COREY offered to pay $30,000 after "Job #2" is completed. COREY then provided the first and last names of AUSA 2 and FBI Special Agents 1 & 2. COREY then explained how he wants these three people to be murdered:

> *The fun part about this job is the method of which I want them killed. [Turn to Page #3] Each of these 3 individuals need to be discretely kidnapped, given a lethal dose of fentanyl (optional), then brought to a secure location of your choosing where they then need to be fed through a woodchipper one by one. You need to have someone film it and film each of their faces close up before putting them through the woodchipper.*

25.     COREY's letter continues:

> *Once the Killing is done and all 3 people are erased from existence, put the video on an encrypted password protected flash drive and mail it to the same overseas address that I will list below. Once confirmed and once everything is done and over with, you'll receive the $30,000 payment. You'll also be able to sell the video (watermark that shit FR!) on gore sites and on Telegram and whatnot. . . . Also, you will need to figure out the location of each individual, mainly cuz I can't from jail. I'm sure that's not difficult for you; everyone lives somewhere LOL. By doing these jobs for me you're helping me beat my case, and once I do, I'm gonna sue the shit out of them.*

26.     In the letter, COREY also provided a phone number ending in 9978 to which "photo confirmation" can be sent, explaining that "*the person will let me know and I'll call you to get your paypal.*" Toward the end of the letter, COREY lists five songs "*that can be optionally added to the woodchipper video that make me smile everytime [sic] I visualize it while listening to them.*"

27.     This letter is similar in handwriting and content to letters provided by COREY to

8

the CW regarding instructions on how the three murders-for-hire are to occur.

28.     On June 18, 2026, at approximately 1:32 pm, COREY made a call to UC from a recorded telephone line at the Jail. During the call, COREY and the UC had the following exchange:

> *UC: Um, yeah so I read, I read through the whole thing. Dude, I'm fine, I'm fine on the overall price. Seems… I mean you kind of, I got a little bit of respect for you bud cause you obviously kind of know what you are doing. Usually when we do jobs like this people are way the fuck off.*
>
> *COREY: Oh, yeah. That's good. I wanted to make it as, you know, easy to follow and comprehensive as possible, you know I'm not, I wanted to let you know I'm not fucking around here so . . . thank you, I appreciate that.*

29.     During the call, COREY also told the UC that the judge's decision on his detention is pending, which COREY believes will result in his release. The conversation continued:

> *COREY: But in terms of the other thing um, if you wanted to get that down payment going, cause I want to get the shit going as soon as possible, I have a uh, that 518 number that I, that I wrote in the letter, if you still have it…*
>
> *UC: Yup, I do*
>
> *COREY: You can text, you can text your PayPal to that and um, I already, I already discussed it with her and she's ready to go on it so she can send you the first down payment for the first, um, for the first building so...*

30.     The UC then tells COREY that he is going to set up a new PayPal account and provide that to Individual 1 via the 9978 phone number. The conversation continued:

> *UC: The only other thing I gotta mention and then we'll figure out down payment is um, so the landscaping at the end right with the woodchipper . . . .*
>
> *COREY: Yup*
>
> *UC: Um, that's all day. Um, no problem. But the, before that when we are preparing the logs, right, the step before that . . . .*

9

*COREY: Yeah*

*UC: If you're not tied to that, like, that's kind of my area of expertise, and it just might be done another way, ok. . . . I just want to make sure.*

*COREY: Yeah, yeah, no I… Yeah, I just threw that in there as a suggestion pretty much but if you have another way of doing it, I know you're the fucking expert in that field so…*

31.     I understand that the UC and COREY are speaking in coded language because they were on a recorded jail line. The conversation refers to the "woodchipper" also mentioned in the letter, and my understanding is that "landscaping" refers to the murder-for-hire scheme. I understand that "preparing the logs" refers to injecting fentanyl into the victims prior to throwing them in the woodchipper as described in the letter to the UC. Despite these specific instructions, COREY appears willing to defer to the UC's preferred methods for committing the murders by stating, *"I know you're the fucking expert in that field."*

32.     The UC and COREY then discuss doing "Job #2" (the three murders) before "Job #1" (stealing COREY's electronic devices from FBI). COREY expressed an interest in paying the down payment for Job #1 first because he may not have enough money to cover Job #2. The UC then offered that the down payment could be for both jobs to get started, to which COREY agreed. COREY then advised that his "business associate" is waiting for the PayPal account to make the down payment. I understand COREY's "business associate" to be Individual 1.

33.     On June 18, 2026, at approximately 1:46 pm, COREY sent a message to Individual 1 from a recorded Jail tablet.  The message stated,

> *He said that everything's good to go he said he'll have the PayPal to you by the weekend. I'm gonna call again on Monday. You don't have to acknowledge this message I know you read it. I love you.*

I understand that in this message COREY was referring to a conversation he had with the UC prior to sending this message and that he was informing Individual 1 to expect contact from

10

the UC in order to obtain the UC's PayPal account information for payment related to Job #1 and Job #2, though it is unclear from this message whether and to what extent Individual 1 was aware of the purpose of any PayPal payment requests.

34.     On June 20, 2026, beginning at approximately 4:13 pm, COREY sent a series of messages to Individual 1, which included the following:

> *Send him the hundred for now then hes gonna send you a pic of the power tools on telegram so make a fresh account with the 518 number*
> *You don't gotta send the 800 until you get the pic of the tools. Make sure all the tools are there too before you send it. Make a new telegram and send him the @.*
> *Hes trustworthy trust me. Hes worked on landscaping projects before its nothing new for him. I trust him.*

35.     COREY is writing in coded language referring to landscaping which matches the coded language COREY had used with the UC. My understanding is that "power tools" is a reference to COREY's electronic devices stored at the FBI and that in this message COREY is instructing Individual 1 to send money to the UC upon receipt of a picture of COREY's electronic devices.

36.     On June 22, 2026 at approximately 1:21 pm, COREY sent a message to Individual 1 from a recorded Jail tablet. The message stated the following:

> *I just got off the phone with my buddy. I got him to go back to the original pricing, so when he sends you the PayPal just send $200 then when you get the pic send $500 and then its done. He said he should have the PayPal to you by tomorrow or Wednesday and also he said hes gonna send you a pic of the golf course hes at rn lol. He also said hes used to people asking him questions like you did so that's all good too lol. Hes a nice guy. Perfect for doing landscaping at the house.*

37.     I understand that COREY is referring to a conversation he had with the UC regarding the down payment for the jobs.

38.     On June 23, 2026, the UC sent an invoice (Invoice 1) to Individual 1 through PayPal

11

for $200.  The invoice was for "Tools" and added "5 x $40," which I understand is related to the conversations about COREY's five electronic devices maintained at FBI Albany. The UC also sent Individual 1 a second invoice (Invoice 2) for Job #2 referencing $500 down payment and $30,000 total. On June 23, 2026 at approximately 3:03 pm, the UC received a notice from PayPal that payment was received from Individual 1's PayPal account for Invoice 1.  Invoice 2 was not paid at this time.

39.     On June 23, 2026, at approximately 4:05 pm, COREY called the UC again from a recorded line at the Jail.  COREY and the UC had the following exchange:

> *UC: She'll probably tell you I sent her two invoices, one for Job 1, one for Job 2.*
>
> *COREY: ok*
>
> *UC: And she already paid me for Job 1, I got the 200.*
>
> *COREY: ok, perfect. So then, um, so ok*
>
> *UC: So listen, listen, so that's what I'm going to focus on right now, um, I know she was looking for the photos and I said you have to give me a day or two and I'll let you know when it will be done, I know it's time sensitive.*
>
> *COREY: Yes, very*
>
> *UC: Yup, I didn't tell her this but the sooner you put the down payment on Job 2 I'll start that too. So just, just, she's got the invoice, whenever. I'm, I'm, ok?*
>
> *COREY: Ok, um, so when do you think that you'll be able to have… it's like a couple days you think? By the end of this week probably, right?*
>
> *COREY: Friday I'm thinking. I'm shooting for Friday.*

40.     I understand that the UC is explaining to COREY that the $200 payment for Job #1 was made by Individual 1 and that payment for Job #2 is pending "photos." I understand that the photos being mentioned are for the "tools," meaning that COREY was planning to wait to have

12

Individual 1 pay the down payment on Job #2 (the murders-for-hire) pending photographic evidence of the retrieval of COREY's electronic devices from Job #1. The UC told COREY that he thinks he can have Job #1 completed by Friday.

41.     On June 23, 2026, at approximately 4:09 pm, COREY messaged Individual 1 using a recorded tablet at the Jail:

> *Good job baby. I'm very proud of you*
>
> *Yeah, don't send the rest until you get the pic of the tools. Good baby. Good job asking for the pics too. Very proud of you.*

42.     I understand that COREY is referring to the PayPal payment Individual 1 made to the UC.  I further believe that "tools" continues to be a reference to COREY's digital devices stored at the FBI. On June 23, 2026, at approximately 4:40 pm, the messaging continues:

> *INDIVIDUAL 1: Ask ur friend if the 30.000 is a mistake because I feel insanely scammed right now*
>
> *COREY: Yes it was a mistake. Call me bac*

43.     I understand that Individual 1 is asking about the $30,000 figure, which is the amount COREY promised to pay the UC once the murder-for-hire of the federal officers is complete, though it is not clear that Individual 1 knew this.

44.     On June 23, 2026, at approximately 5:01 pm, COREY contacted the UC through a recorded line at the Jail and had the following conversation:

> *COREY: Hey, um, my girl just called me so, yeah, sorry about her going off on the text, she's just surprised at that amount so that, the ending amount, I'm, I'm actually . . . .*
>
> *UC: I didn't even, yeah, I didn't even think about that. There's, there's a thing in the note that just says I just need a 500 down payment she probably didn't see that.*
>
> *COREY: Oh. Yeah, so I'm gonna, I'm gonna be taking care of that, the rest of it, that, the 30.*
>
> *UC: So you'll take care of that, not through PayPal?*

13

*COREY: Right, yeah. That's going to be when everything is done and over with and then, um, yeah so just explain to her she doesn't have to pay the 30 it's just the 200 and then when she gets the pictures it's the 500. And then she's done.*

45.    I understand that COREY has just spoken to Individual 1 about the $200 payment to the UC and that Individual 1 was surprised at and concerned by the invoice for $30,000. The UC believes that Individual 1 may not have seen that the down payment was for $500 and not the full $30,000.  COREY then states that Individual 1 is only going to cover the down payment and COREY will cover the $30,000 when the jobs are complete.

46.    On June 25, 2026 at approximately 1:15 pm, COREY called the UC from a recorded line at the Jail and had the following conversation:

*COREY: So how's it looking for the other, for the tools?*

*UC: Yeah, so I had guys up there scoping it out yesterday and making some moves*

*COREY: Ok*

*UC: And, um, so dude I'm going to front this ok but we were able to kind of convince somebody who's got access to help us out.*

*COREY: Ok*

*UC: And, and its, it cost, it cost me 5k because this guy's taking, you know, some risks helping us get the right tools but, we're, I, I, I, I just, I'm going to take that as cost of doing business with the entirety of what we are doing here with the two jobs so.*

*COREY: Yeah.*

*UC: so, but it's going to, it'll expedite what we are doing for you. So…*

*COREY: If you want you can just add it to the final price.*

*UC: Ok. Yeah that's fine. And like I said I, I, I know you're good for it, I'm not worried about it like I'd rather do this, I'd rather do this the right way than, than not.*

*COREY: Right*

14

*UC: So we should have, I should have photos to your girl by tomorrow.*

*COREY: Ok. Um and then with the, with the thing where you said you need some help, um…*

*UC: Yeah, well I'm just saying like all that stuff you said about generating income with the videos and everything like that.*

*COREY: Yeah*

The conversation continues shortly thereafter:

*UC: I'm thinking, I'm thinking the quicker, the quicker we generate, you know that kind of shit the quicker we pay this thing off and make more money.*

*COREY: Yeah.*

*UC: You know what I mean. I don't know how to do any of that shit you know.*

*COREY: Yeah. Listen, trust me in the end like, I'm going to be coming back to you too. So after the, after everything is done and everything is, you know I'm out, and everything is good and then we can, um, we're gonna, we're gonna, I'm gonna come back to you definitely.*

*UC: Ok.*

*COREY: And yeah, with the generating revenue from the, um, from the training video, definitely, that's my, that's my avenue. So, um, yeah, that's kind of like what I would do on the outside sometimes.*

The conversation continues shortly thereafter:

*COREY: With the logs, how's that going? Is there any, like you're able to know where they are and everything?*

*UC: Yeah, once I send you, once I send you the pictures of the, of the tools…*

*COREY: Yup.*

*UC: I'll get, I'll get, I mean I have some, I have some things in place but I'll get moving, I'm um, I would like to disappear kind of, I mean after stuff like this I take vacations kind of away from it you know to kind of clear my head.*

*COREY: Yeah, I got you. I know how it is.*

*UC: I would like to get it done, I would like to get done with the logs next week. So the sooner you can get me the five after I um…*

15

*COREY: Send the pictures*

*UC: Send you the photos the better.*

*COREY: Ok, yeah that's perfect. Yeah, as soon as you send the photos you'll get that.*

47.    In this conversation, I understand that COREY and the UC are using the same coded language of "tools" to describe COREY's electronic devices maintained at the FBI. COREY had requested five of his electronic devices be removed from the FBI and that photos be taken of them as proof. The UC explained that he was able to recruit someone inside the FBI to obtain the devices in exchange for $5,000.  COREY acknowledges the additional cost and tells the UC to add it on to the overall cost at the end (which would bring the total for the two jobs to $35,000). COREY also confirms that once the photos are sent to Individual 1, she will pay the $500 down payment for Job #2 (which COREY's letter to the UC had identified as the murder of FBI Special Agents 1 & 2 and AUSA 2). The UC then asks COREY about making the "training video" which I understand to be COREY's request to videotape the three murder victims (referred to as "logs") being thrown into a woodchipper. The UC and COREY discuss working together upon COREY's release by creating and selling "training videos" to which COREY states, "*that's my avenue.*"  The UC further advises COREY that he believes Job #2 can be completed next week.

48.    On June 25, 2026, FBI agents signed out evidence containing COREY's five electronic devices related to his underlying federal criminal case and took several photographs of the items. The pictures were sent to the UC, who then texted it to Individual 1 on June 26, 2026 as supposed "proof" of the completion of Job #1. The UC also sent another invoice (Invoice 3) for $500.  Shortly after receiving Invoice 3, through PayPal, Individual 1 sent $500 to the UC, which I understand to be the down payment for Job #2.

49.    I know that the prison mailing system is and is connected to a facility of interstate commerce and that its jail call system is a facility of interstate commerce. I also know that the UC

16

and Individual 1 communicated by text message using a facility of interstate and foreign commerce, and that Individual 1's payments to the UC through PayPal used a facility of interstate and foreign commerce.

## **NIHILISTIC VIOLENT EXTREMISTS**

50.     I know from my training and experience that Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.[6]

51.     NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of CSAM and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

52.     Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

53.     Historically, NVEs systematically targeted vulnerable individuals by grooming,

---

[6] NVEs adhere to an ideology herein defined as Nihilistic Violent Extremism (NVE).

extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

54.    NVEs networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

### 764 AND RELATED NETWORKS

55.    I know from my training and experience that "764" and related groups ("764") are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

### CONCLUSION

56.    I believe the information set forth and summarized above sufficiently establishes probable cause that Aaron COREY committed the Subject Offenses in that he used and caused the use of a facility of interstate commerce with intent to hire and pay a hitman to kill a federal prosecutor and two FBI agents, in violation of 18 U.S.C. § 1958; that he attempted to hire a hitman

18

to commit a crime of violence by assaulting and murdering three federal employees and officials because of their positions and duties, in violation of 18 U.S.C. § 373; and that he attempted to obstruct, influence, and impede his pending federal criminal case, which is an official proceeding, by hiring someone to steal the electronic devices he knew to be held in evidence custody by FBI, in violation of 18 U.S.C. § 1512(c)(2).

ATTESTED TO BY THE APPLICANT BY VIDEOCONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

_____

Brian Jacob
Special Agent, FBI

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on June ___29___, 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____

Honorable Daniel J. Stewart
United States Magistrate Judge

19