AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>AARON COREY<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  1:26-MJ-152 (DJS)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AARON COREY                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ☑ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Attempted Obstruction of an Official Proceeding;
18 U.S.C. § 373 - Solicitation to commit a crime of violence;
18 U.S.C. § 1958 - Use of interstate commerce facilities in the commission of murder-for-hire

Date:    June 29, 2026                        _____
                                                                *Issuing officer's signature*

City and state:    Albany, New York                   Hon. Daniel J. Stewart, U.S. Magistrate Judge
                                                                      *Printed name and title*

---

| **Return** | |
|---|---|
| This warrant was received on *(date)* __06/29/2026__ , and the person was arrested on *(date)* __06/30/2026__<br>at *(city and state)*    Troy, New York            . | |

Date:  07/01/2026                          *Brian Jacob*
                                                          *Arresting officer's signature*

Brian Jacob, Special Agent
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Aaron Corey

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:     New York

Date of birth:     08/04/2002

Social Security number:     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

Height:     6'2"                                    Weight:     190

Sex:     Male                                       Race:     White

Hair:     Brown                                     Eyes:     Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:     H7DEJ4CPH

Complete description of auto:

Investigative agency and address:     FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: